# Curtis P. Zaun
*Attorney at Law*

612-200-5992 (o)  
651-216-3308 (c)

800 LaSalle Ave., Suite 2150  
Minneapolis, Minnesota 55402

curtis@cpzlaw.com  
612-367-8107 (f)

October 5, 2012

**VIA ECF**

The Honorable John R Tunheim  
United States District Court  
U.S. Courthouse, Suite 13E  
300 South Fourth Street  
Minneapolis, MN 55415

Re:   Brown v Wells Fargo (11-CV-1362 (JRT/JJG)

Dear Judge Tunheim;

It came to my attention yesterday while I was updating my ECF records that the above-referenced case had been closed even though outstanding issues remained in it, such as the amount of damages and the attorney fees and costs to be awarded.  I reviewed my email and did not see that I had previously been provided notice that the case would closed.  I immediately contacted the Court and Janet informed me that I could file a letter requesting that it be reopened.

Because outstanding issues remain in the case I assume that the closing was a clerical error and would respectfully request that it be reopened and the scheduling order reinstated.

Sincerely,

*s/ Curtis P Zaun*

Curtis P. Zaun