# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Anthony Brown, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim |
| v. | U.S. District Judge |
| Wells Fargo & Company et al, | |
| Defendants. | |

Case No: 11-1362 (JRT/JJG)
Date: August 16, 2013
Deputy: Heather Arent-Zachary
Court Reporter: Kristine Mousseau
Courthouse: Minneapolis
Courtroom: 13E
Time Commenced: 4:13 pm
Time Concluded: 4:46 pm
Time in Court: 33 Minutes

Hearing on:

    Plaintiff's Motion to Certify Class [Docket No. 85]
    Defendants' Motion to Reconsider [Docket No. 89]

## APPEARANCES:

    Plaintiff:    Curtis Zaun, Mark Vavreck
    Defendant:    Shari Aberle

## PROCEEDINGS:
    Motion taken Under Advisement

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

    s/Heather Arent-Zachary
Courtroom Deputy
