# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 11-CV-01362 (JRT/JJG)

| | |
|---|---|
| Anthony Brown, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>             Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A),** the parties to this action hereby stipulate to dismiss it with prejudice, each party to bear its own attorney fees and costs, and request that a dismissal with prejudice be entered in the above-entitled action pursuant hereto.

Dated: May 13, 2014

| | |
|---|---|
| *s/ Curtis P. Zaun*<br>Curtis P. Zaun (266310)<br>CONSUMER LAW CENTER<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>612-200-5992<br>888-614-3689 (fax)<br>curtis@cpzlaw.com<br><br>**Attorney for Plaintiff** | *s/ Shari L. J. Aberle*<br>Shari L. J. Aberle (0306551)<br>Dorsey & Whitney<br>50 South Sixth Street, Suite 1500,<br>Minneapolis, MN 55402-1498<br>(612) 340-2600<br>(612) 340-2807 (fax)<br>aberle.shari@dorsey.com<br><br>**Attorneys for Defendant** |