## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY BROWN, | Civil No. 11-1362(JRT/JJG) |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., | |
| Defendants. | |

Curtis P Zaun, Attorney at Law, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402, for plaintiff,

Shari L. J. Aberle, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402-1498, for defendants.

This matter comes before the Court upon the Stipulation of Dismissal executed by counsel for Plaintiff and Defendants, filed May 13, 2014 [Docket No.110].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action, together with all claims and causes of action of any kind which were or which could have been asserted herein, are dismissed in their entirety, with prejudice, without an award of costs or fees to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 15, 2014
at Minneapolis, Minnesota.

                                                                   s/John R. Tunheim
                                                               JOHN R. TUNHEIM
                                                        United States District Judge