✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

ANTHONY BROWN

        Plaintiff,

V.

WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.

        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-cv-1362 JRT/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-captioned action, together with all claims and causes of action of any kind which were or which could have been asserted herein, are dismissed in their entirety, with prejudice, without an award of costs or fees to any of the parties.

|  |  |
|---|---|
| May 16, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/ Katie Thompson |
| (By) | Katie Thompson    Deputy Clerk |